## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**QUVADIAS RUFFIN (#412085)**

**VERSUS**

**ERIC TURNER, ET AL.**

**CIVIL ACTION**

**NO.  22-2-JWD-SDJ**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 21, 2022, (Doc. 20), to which no objection was filed;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 19) is granted, dismissing all of Plaintiff's claims against all Defendants.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction in connection with any potential state law claims, and that this action shall be dismissed with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 29, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**